## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

TONIA JEWELL, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

MAGNOLIA BANK, INC.,

    Defendant.
_____/

CASE NO. 3:23-cv-00078-RGJ

**REQUEST FOR ENTRY OF DEFAULT**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Tonia Jewell ("Plaintiff"), requests that the Clerk of the above-entitled Court enter a default in this matter against Defendant Magnolia Bank, Inc. ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint filed in this case within the time prescribed by the Federal Rules of Civil Procedure. The facts set forth herein are supported by the Declaration of Yeremey Krivoshey ("Krivoshey Decl."), filed concurrently herewith.

Defendant is a party against whom a judgement is sought within the meaning of Rule 55(a). On February 20, 2023, Plaintiff filed her Complaint, commencing this action. ECF No. 1. Plaintiff served Defendant with the Summons and Complaint on February 22, 2023, as evidenced by the proof of service filed with this Court on March 21, 2023. ECF No. 7. Defendant is in default because it has not answered or otherwise responded to Plaintiff's Complaint on or before March 15, 2023, the deadline to do so in accordance with Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 21, 2023

Respectfully submitted,

By: ___/s/ Yeremey O. Krivoshey___
    Yeremey O. Krivoshey

**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey (*pro hac vice* forthcoming)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ykrivoshey@bursor.com

**FORMAN & ASSOCIATES**
Larry Forman
1139 South Fourth St.
Louisville, KY 40203
Telephone: (502) 931-6788
E-Mail: larry@larryformanlaw.com

*Counsel for Plaintiff*