UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONIA JEWELL                                                                                    Plaintiff

v.                                                                              Civil Action No. 3:23CV-78-RGJ

MAGNOLIA BANK, INC., ET AL.                                                                Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 69], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

September 13, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record