# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

TONIA JEWELL, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

MAGNOLIA BANK, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-00078-RGJ

**AGREED ORDER DISMISSING CASE WITH PREJUDICE**

By agreement of the parties, and pursuant to this Court's September 16, 2024 Order (ECF No. 70) Plaintiff Tonia Jewell and Defendants Magnolia Bank, Inc. and Rasani Consulting (collectively, the "Parties") submit this agreed order to dismiss the above-captioned matter with prejudice. All Parties to bear their own costs and fees.

**IT IS HEREBY ORDERED** that:

The Parties request to dismiss the above-captioned matter with prejudice is **GRANTED**. All Parties shall bear their own costs and fees.

ENTERED this __October 24, 2024__ day of _____, 2024.

Rebecca Grady Jennings, District Judge
United States District Court